Eastern District of Kentucky
FILED

SEP 24 2026

AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION**
**LEXINGTON**

**UNITED STATES OF AMERICA**

**V.**

**INDICTMENT NO.** 5:26-CR-111-KKC
**18 U.S.C. § 611**

**MOHEDDINE HAJ AMMAR**

* * * * *

**THE GRAND JURY CHARGES:**

On or about November 5, 2024, in Wolfe County, in the Eastern District of Kentucky,

**MOHEDDINE HAJ AMMAR,**

knowing he was not a United States citizen, knowingly voted in an election held in part for the purpose of electing a candidate for the office of President, Vice President, and Member of the House of Representatives, in violation of 18 U.S.C. § 611(a).

[redacted]

**JASON D. PARMAN**
**UNITED STATES ATTORNEY**

**KATE K. SMITH**
**ASSISTANT UNITED STATES ATTORNEY**

**PENALTIES**

Not more than 1 year imprisonment, a $100,000 fine, and 1-year supervised release.

**PLUS:** Mandatory special assessment of $25.

**PLUS:** Restitution, if applicable.