**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION**
**LEXINGTON**

**CRIMINAL NO. 5:26-CR-00111-KKC-EBA**

**UNITED STATES OF AMERICA** **PLAINTIFF**

**V** **MOTION TO DISMISS INDICTMENT**

**MOHEDDINE HAJ AMMAR** **DEFENDANT**

* * * * *

The United States respectfully moves the Court to dismiss the pending Indictment, without prejudice. As grounds for the Motion, the United States notes that a portion of the grand jury presentation was not recorded as required in Federal Rule of Criminal Procedure 6(e)(1), at no fault of the court reporter. Out of an abundance of caution, the United States seeks to dismiss the pending Indictment, without prejudice to preserve the possibility of presenting this matter to a different grand jury panel at a later date.

JASON D. PARMAN
UNITED STATES ATTORNEY

By: *s/ Kate K. Smith*

Kate K. Smith
Assistant United States Attorney
260 W. Vine Street, Suite 300
Lexington, Kentucky 40507-1612
(859) 685-4855
Kate.Smith@usdoj.gov

CERTIFICATE OF SERVICE

It is hereby certified that the foregoing was electronically filed with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all attorneys of record, on September 25, 2026.

*/s/ Kate K. Smith*
Assistant United States Attorney