**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION**
**LEXINGTON**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**MOHEDDINE HAJ AMMAR,**

**Defendant.**

**CRIMINAL NO. 5:26-cr-111-KKC**

**ORDER**

*** *** ***

The Court hereby ORDERS that the motion (R. 6) of the United States to dismiss this indictment is GRANTED. The Court further hereby ORDERS as follows:

1) The Indictment is DISMISSED without prejudice;

2) This action is STRICKEN from the Court's active docket; and

3) The Arrest Warrant (R. 5) is QUASHED and VACATED.

This 29th day of September, 2026.

**Signed By:**
***Karen K. Caldwell*** KKC
**United States District Judge**